IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LOGAN FULLER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SHANGHAI LAND INVESTMENT, L.L.C., )<br>)<br>Defendant. ) | CIVIL ACTION<br><br>Case No. 1:24-CV-01523 |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, LOGAN FULLER, and Defendant, SHANGHAI LAND INVESTMENT, L.L.C., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 11th day of September, 2024.

                                        Law Offices of
                                        THE SCHAPIRO LAW GROUP, P.L.

                                        /s/ *Douglas S. Schapiro*_____
                                        Douglas S. Schapiro, Esq.
                                        State Bar No. 54538FL
                                        The Schapiro Law Group, P.L.
                                        7301-A W. Palmetto Park Rd., #100A
                                        Boca Raton, FL 33433
                                        Tel: (561) 807-7388
                                        Email: schapiro@schapirolawgroup.com

                                        Attorney for Plaintiff

>   */s/   Ryan B. Thompson*
>   Ryan B. Thompson, Esq.
>   Allen & Curry, P.C.
>   1999 Broadway, Suite 1425
>   Denver, CO  80202
>   (303) 955-6185
>   Email – rthompson@allen-curry.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th  day of September, 2024, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

>   /s/  Douglas S. Schapiro
>   Douglas S. Schapiro
>   State Bar No. 54538FL